**FP WILLOW RIDGE ASSOCIATES, L.P., Petitioner**

v.

**ALLEN TOWNSHIP and Northampton Borough, Respondents**

**No. 518 MAL 2017**

Supreme Court of Pennsylvania.

January 8, 2018

## ORDER

PER CURIAM

**AND NOW**, this 8th day of January, 2018, the Petition for Allowance of Appeal is **DENIED**.

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Julius BALLOW, Petitioner**

**No. 410 EAL 2017**

Supreme Court of Pennsylvania.

January 8, 2018

## ORDER

PER CURIAM

**AND NOW**, this 8th day of January, 2018, the Petition for Allowance of Appeal is **DENIED**.

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Kenneth Stephen PRYSOCK, Petitioner**

**No. 285 WAL 2016**

Supreme Court of Pennsylvania.

January 8, 2018

## ORDER

PER CURIAM

**AND NOW**, this 8th day of January, 2018, the Petition for Allowance of Appeal is **DENIED**.